UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                        :
In re:                                                                  :     Chapter 11
                                                                        :     Case No. 20-10508 (DSJ)
OWENS FUNERAL HOME, INCORPORATED,                                       :
  et al.,                                                              :
                                                                        :     (Jointly Administered)
                                          Debtors.                      :
------------------------------------------------------------------------x

### ORDER AUTHORIZING OWENS FUNERAL HOME INCORPORATED TO ENTER INTO A LEASE FOR THE PREMISES LOCATED AT 216 LENOX AVENUE, NY, NY 10027 PURSUANT TO SECTIONS 1107 AND 1108 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004

Upon the Application, dated September 16, 2022 (the "Application"), of the above-captioned Debtor, by its counsel, for entry of an order authorizing the Debtor, Owens Funeral Home Incorporated, to enter into a Lease (the "Lease") with 216 Lenox Avenue FS, Inc. ("216 Lenox FS") for the premises located and situated at 216 Lenox Avenue, NY, NY 10028 (the "Property") pursuant to Sections 1107 and 1108 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Procedure"); **and the Debtor having provided appropriate notice of the Application pursuant to Section 363(b)(1) of the Bankruptcy Code and Rules 2002 and 6004 of the Bankruptcy Procedure;** and, the Court having reviewed the Application**, held a hearing on the Application,** and determined**, after due deliberation thereon,** that the relief requested in the Application **is based upon the sound business judgment of the Debtor** is necessary and in the best interest of the Debtors' estates, creditors and other parties in interest;

1

~~after due deliberation thereon~~; and sufficient cause appearing therefor; it is hereby **[DSJ 10/13/2022]**

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, **that,** pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is hereby authorized to enter into the Lease with 216 Lenox FS for the Property, as such is defined in the Lease; and it is further **[DSJ 10/13/2022]**

**ORDERED**, that the terms, conditions and provisions of the Lease ~~are reasonable and~~ are approved, and 216 Lenox FS is authorized to (i) be compensated in accordance with the terms set forth in the Lease and (ii) to be paid its rentals directly as provided for in the Lease; and it is further **[DSJ 10/13/2022]**

**ORDERED**, that to the extent the Application or the Lease is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that the terms of this Order are binding upon the Debtor, its creditors and its estate; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
          October 13, 2022

                              <u>  s/ David S. Jones                              </u>
                              HONORABLE DAVID S. JONES
                              UNITES STATES BANKRUPTCY JUDGE