LAW OFFICES
# CHARLES A. GRUEN
381 BROADWAY
SUITE 300
WESTWOOD, N. J. 07675

TELEPHONE (201) 342-1212
TELECOPIER (201) 342-6474
E-Mail: cgruen@gruenlaw.com

CHARLES A. GRUEN
MEMBER OF NJ, NY, CT AND D.C. BARS
R. 1:40 Qualified Mediator

MICHAEL KORIK
MEMBER OF NJ AND NY BARS

GEORGEANN M. BELCHER

ZACHARY T. FRIED

ROBERT D. GRUEN
(1926-2010)

EDYTHE LAZAROW
(1948-2002)

NEW YORK OFFICE
7703 FIFTH AVENUE
BROOKLYN, N.Y. 11209

PLEASE ADDRESS ALL
CORRESPONDENCE TO
NEW JERSEY OFFICE

December 29, 2022

**VIA CM/ECF and REGULAR MAIL**
Hon. David S. Jones, U.S.D.J.
Unites States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Owens Transportation Excellence, Inc.
      Case No.: 20-10508 (SMD)

Dear Judge Jones:

This firm represents Creditor, TCF Equipment Finance, a division of TCF National Bank, with regard to the above-referenced matter. Our client's Motion to Compel the Debtor, Owens Transportation Excellence, Inc., to make adequate protection payments or, in the alternative, to Vacate the Automatic Stay (Document No. 191), is returnable before Your Honor on Thursday, January 5, 2023, at 10:00 a.m.

On behalf of our client, we hereby withdraw said Motion, without prejudice.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Charles A. Gruen

CAG/ia

cc: Charles E. Simpson, Esq. (via CM/ECF and e-mail)