**Adjourned Hearing date and time: November 2, 2023 at 10:00 a.m. (prevailing Eastern time)**

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Owens Funeral Home*
 *Incorporated, et al.*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorneys Appearing: Charles E. Simpson (csimpson@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| OWENS FUNERAL HOME INCORPORATED, et al., | Chapter 11 |
| | Case No. 20-10508(DSJ) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing to consider the Plan, previously scheduled for September 14, 2023 at 10:00 a.m., is **adjourned to Thursday, November 2, 2023 at 10:00 a.m., prevailing Eastern time** (the "*Hearing*").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Judge Jones's Chambers' Rules, available on the Court's website at www.nysb.uscourts.gov (the "***Court's Website***"), and at Bankruptcy Judge Jones's Chambers page located at http://www.nysb.uscourts.gov/content/judge-david-s-jones, the Court is not holding in-person hearings at this time; **the Hearing will be conducted using Zoom for Government**. Parties and counsel wishing to participate in the Hearing using Zoom for Government, whether making a "live" or "listen only" appearance before the Court, must make an eCourtAppearance through the Court's Website. Appearances through eCourtAppearance must be made **by no later than by**

{12219906:1}

**4:00 p.m. on the business day before the Hearing** (the "*Appearance Reservation Deadline*"). After the Appearance Reservation Deadline, parties and counsel making a timely eCourtAppearance will receive via email from the Court an invitation to participate in the Hearing through Outlook. Outlook invitation requests will **not** be made by emailing the Court. For more information, parties and counsel are referred to Bankruptcy Judge Jones's Chambers page on the Court's Website (http://www.nysb.uscourts.gov/content/judge-david-s-jones) labeled: "Zoom Hearings" and "eCourtAppearances." Click on the eCourtAppearances tab to make your appearance for the Hearing.

Dated: New York, New York  
September 11, 2023

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Owens Funeral Home Incorporated, et al.*  
*Debtors-in-possession*

By: /s/ Charles E. Simpson  
Charles E. Simpson (csimpson@windelsmarx.ccom)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215